**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEAN HINDS**                                                                                          **PLAINTIFF**

**v.**                                      **CASE NO. 3:17-CV-00112 BSM**

**LIBERTY LIFE ASSURANCE COMPANY**
**and TARGET CORPORATION**                                                              **DEFENDANTS**

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the joint stipulation

of dismissal [Doc. No. 5], all claims against defendant Target Corporation are dismissed

without prejudice. The clerk is directed to dismiss Target Corporation from this action.

IT IS SO ORDERED this 31st day of May 2017.

_____
UNITED STATES DISTRICT JUDGE