IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEAN HINDS                                                                                          PLAINTIFF

v.                                           CASE NO. 3:17-CV-00112 BSM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON                                                                   DEFENDANT

## ORDER

Pursuant to the parties' stipulation of dismissal [Doc. No. 14], this case is dismissed with prejudice, with each party to bear its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED this 13th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE