IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEAN HINDS                                                                                    PLAINTIFF

v.                          CASE NO. 3:17-CV-00112 BSM

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON                                                                DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 13th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE